**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed February 6, 2025.**



In The

# Fifteenth Court of Appeals

## NO. 15-24-00130-CV

## IN RE ENERGY TRANSFER LP AND ETC TEXAS PIPELINE, LTD., Relators

## Original Proceeding on the Petition for Writ of Mandamus

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this original proceeding. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.